**Order issued November 19, 2012.**



In The

# Court of Appeals

For The

# First District of Texas

————————————————

## NO. 01-11-00311-CR

## NO. 01-11-00312-CR

————————————————

**RANFERY PALACIOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Case Nos. 1177546 and 1191389**

---

### ORDER

On November 16, 2012, the Court received the supplemental record containing the pre-sentence investigation report pertaining to appellant Ranfery

Palacios. Appellant's counsel is **ordered** to supplement his *Anders* brief with argument and authority addressing whether any arguable issue for appeal exists based on the PSI report. This supplement is due by **December 10, 2012**. We provide a copy of this order and the supplemental record to Palacios for his information and review. Palacios must file any supplement to his pro se brief **by December 31, 2012**.

IT IS SO ORDERED.


/s/

Jane Bland
Justice
Acting individually